RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>G & G ELECTRIC, INC.,  a California corporation, dba GC ELECTRIC ,<br><br>Defendant | Case No.   11-cv-00576-JF<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Local Rule 7-11]<br><br>Location:    280 South 1st Street<br>             San Jose, CA 95113<br>Courtroom:   Courtroom 3, 5th Floor<br>Judge:       Hon. Jeremy Fogel |

## ADMINISTRATIVE MOTION

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully move this Court to continue the Case Management Conference presently set for hearing on May 13, 2011 at 10:30 a.m. to a date on or after June 17, 2011.

Plaintiffs make this request on the following grounds: this case is an ERISA collection case. Defendant G & G ELECTRIC, INC. dba GC ELECTRIC ("Defendant") provides electrical contracting services pursuant to a collective bargaining agreement which requires that Defendant make fringe benefit contributions to Plaintiffs and Defendant was delinquent in making those required fringe benefit contributions. (Quail DCN ¶ 3). Defendants have not appeared in this action, but have responded to all of Plaintiffs' counsel's communications with regard thereto. (Quail DCN ¶ 4).

Though Defendant is not active in the litigation, it is responsive to Plaintiffs' attempts to collect the outstanding debt outside of the current litigation and has paid a large portion of the amounts due. (Quail DCN ¶ 5). Defendant promised to pay the remaining amounts in the next 30 days. (Quail DCN ¶ 5). Plaintiffs believe that it is in the interests of judicial economy to have the Case Management Conference continued to a date on or after June 17, 2011 to afford the Parties the opportunity to engage in further settlement efforts before significant Case Management efforts are undertaken. (Quail DCN ¶ 6).

//

//

//

As discussed above, Defendant has chosen not to appear in this action. However, Defendant will not be prejudiced by any continuance of the Case Management Conference because of that lack of appearance.

Dated: April 28, 2011                    Respectfully submitted,

                                         NEYHART, ANDERSON,
                                         FLYNN & GROSBOLL


                                         By:  ____/s/ Chloe Quail_____
                                              CHLOE QUAIL
                                              Attorney for Plaintiffs


Case management conference continued to 6/17/11 at 10:30 a.m.

IT IS SO ORDERED.

Dated: 5/11/11
                                         _____
                                         Hon. Jeremy Fogel
                                         United States District Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

ADMINISTRATIVE MOTION RE: CONTINUE CMC
Case No.  11-cv-00576-JF

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On April 28, 2011, I served the within:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Gilberto Chavez
G & G ELECTRIC INC
4229 GILES COURT
RIVERSIDE, CA 92503

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 28, 2011, at San Francisco, California.

                                                                                                         /s/ Chloe Quail
                                                                                                         CHLOE QUAIL