RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

**E-Filed 6/16/2011**

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>G & G ELECTRIC, INC., a California corporation, dba GC ELECTRIC,<br><br>Defendant | Case No.  11-cv-00576-JF<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Local Rule 7-11]<br><br>Date:       June 17, 2011 10:30 a.m.<br>Location:   280 South 1st Street<br>            San Jose, CA 95113<br>Courtroom:  Courtroom 3, 5th Floor<br>Judge:      Hon. Jeremy Fogel |

IT IS ORDERED THAT Plaintiffs ORANGE COUNTY ELECTRICAL INDUSTRY

HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND ("Plaintiffs")' Adminsitrative Motion to Continue the Case Management Conference is hereby GRANTED. The conference, currently set for June 17, 2011 at 2:00 p.m., will now be set for __August 5__, 2011.

IT IS SO ORDERED.

Dated: __6/16/2011__

_____
UNITED STATES DISTRICT COURT JUDGE

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER
Case No. 11-cv-00576-JF

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On June 15, 2011, I served the within:

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Gilberto Chavez
G & G ELECTRIC INC
4229 GILES COURT
RIVERSIDE, CA 92503

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 15, 2011, at San Francisco, California.

                                              /s/ Chloe Quail
                                              CHLOE QUAIL