RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> G & G ELECTRIC, INC., a California corporation, dba GC ELECTRIC , <br><br> Defendant. | Case No. CV-11-cv-00576-SBA <br><br> [Proposed] CONTINGENT ORDER OF DISMISSAL <br><br> Location:   1301 Clay Street <br>                  Oakland, CA 94612 <br> Courtroom: Courtroom 1 - 4th Floor <br> Judge:      Hon. Saundra Armstrong |

[PROPOSED] ORDER:

The parties hereto have agreed to a settlement of this action and thus IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been delivered over, the foregoing

1  Order shall vacated by this Court and this action shall forthwith be restored to the calendar.
2  Plaintiffs may then insert the appropriate amount owed and file the Stipulation for Entry of
3  Judgment jointly executed between the parties.  Judgment will then be entered forthwith.
4
5  IT IS SO ORDERED.
6
7  Dated:  4/17/12                             *Sandra B. Armstrong*
                                               U.S. District Court Judge