Richard K. Grosboll (SB # 099729)
Benjamin K. Lunch (SB #246015)
Chloe Quail (SB# 262797)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> G & G ELECTRIC, INC., a California corporation, dba GC ELECTRIC , <br><br> Defendant. | Case No. CV-11-cv-00576-SBA <br><br> **[PROPOSED] ORDER ENTERING STIPULATED JUDGMENT** |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER:

IT IS HEREBY ORDERED that Plaintiffs' Request to Enter the Stipulated Judgment is GRANTED and judgment is accordingly entered against Defendant in the amount of $10,907.42.

IT IS SO ORDERED.

Dated: 3/21/13

*Saundra B Armstrong*
U.S. District Court Judge

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On March 20, 2013, I served the within:

1. **[PROPOSED] ORDER ENTERING STIPULATED JUDGMENT**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Gilberto Chavez
G & G ELECTRIC INC
4229 GILES COURT
RIVERSIDE, CA 92503

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 20, 2013, at San Francisco, California.

                                          /s/ Chloe Quail
                                            CHLOE QUAIL